UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| RUSSELL BLAKE DETWILER JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 5:10-CV-00194-C-BG |
| | ) | ECF |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Plaintiff is appealing an adverse decision of Defendant Michael J. Astrue, Commissioner of

Social Security, pursuant to 42 U.S.C. § 1383(c).  A United States Magistrate Judge entered a Report

and Recommendation on January 19, 2012.  Neither party has filed written objections.  It is,

therefore,

**ORDERED** that the findings and conclusions in the Report and Recommendation are hereby

**ADOPTED** as the findings and conclusions of the Court and that the above-styled and -numbered

cause is hereby **DISMISSED**.

Dated February 22, 2012.

SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE